UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL ALAN CASSINI

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. CV08-0273MJP
CR05-0166MJP

ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY

The above-entitled Court, having received and reviewed Petitioner's for Certificate of Appealability (Dkt. No. 29), and finding that Petitioner has failed to make a substantial showing of the denial of a constitutional right, enters the following order:

IT IS HEREBY ORDERED that Petitioner's request for a Certificate of Appealability is DENIED.

The clerk is directed to provide copies of this order to Petitioner and all counsel of record.

Dated this 23rd day of February, 2009.

*/s/ Marsha J. Pechman*

Marsha J. Pechman
United States District Judge

ORDER DENYING REQUEST FOR
CERTIFICATE OF APPEALABILITY - 1